IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00446-GPG

BIKRAM MISHRA,

    Applicant,

v.

TRAVIS TRANI, Warden, and
CYNTHIA COFFMAN, the Attorney General of the State of Colorado,

    Respondents.

---

## ORDER FOR STATE COURT RECORD

---

After preliminary consideration of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254, it is

ORDERED that **within thirty (30) days from the date of this order** the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings **in *People v Bikram Bihari Mishra*, Jefferson County District Court Case No. 06CR2775**, including all documents in the state court file, all transcripts of proceedings conducted in the state court, **as well as a copy of Mr. Mishra's videotaped interview with the police**. It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this order to the following:

    (1)    Clerk of the Court
            Jefferson County District Court
            100 Jefferson County Parkway
            Golden, Colorado 80419; and

    (2)    Court Services Manager

      State Court Administrator's Office
      1300 Broadway
      Denver, Colorado  80203.

DATED April 28, 2015, at Denver, Colorado.

                              BY THE COURT:

                                  S/ Gordon P. Gallagher

                              United States Magistrate Judge