IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00446-GPG

BIKRAM MISHRA,

    Applicant,

v.

TRAVIS TRANI, Warden, and
CYNTHIA COFFMAN, the Attorney General of the State of Colorado,

    Respondents.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that this case does not appear to be appropriate for summary dismissal. *See* D.C.COLO.LCivR 8.1(c). Therefore, the case will be drawn to a presiding judge and, if appropriate, to a magistrate judge. *See* D.C.COLO.LCivR 40.1(a). Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge, or, if appropriate, to a magistrate judge. *See* D.C.COLO.LCivR 40.1(a).

DATED April 29, 2015, at Denver, Colorado.

                                            BY THE COURT:

                                            S/ Gordon P. Gallagher

                                            United States Magistrate Judge