IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00446-RBJ

BIKRAM MISHRA,

    Applicant,

v.

TRAVIS TRANI, Warden, and
CYNTHIA COFFMAN, the Attorney General of the State of Colorado,

    Respondents.

---

ORDER TO SUPPLEMENT STATE COURT RECORD

---

The matter before the Court is the status of the state court record.

On April 28, 2015, Magistrate Judge Gordon P. Gallagher ordered the Respondents to file, within thirty days, in electronic format if available, a copy of the complete record of Applicant's state court proceedings **in *People v. Bikram Bihari Mishra*, Jefferson County District Court Case No. 06CR2775**, including all documents in the state court file, all transcripts of proceedings conducted in the state court, as well as a copy of Mr. Mishra's videotaped interview with the police.

On June 11, 2015, the Jefferson County District Court clerk submitted to this court one DVD containing Applicant's videotaped interview with the police. However, the Court has not yet received the state court file or transcripts of all hearings and trial proceedings in 06CR2775.   Accordingly, it is

ORDERED that Respondents shall submit to the Court, within 30 days, copies of

the state court file, as well as hearing and trial transcripts, in Jefferson County District Court Case No. 06CR2775.   It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this order to the following:

(1) Clerk of the Court
Jefferson County District Court
100 Jefferson County Parkway
Golden, Colorado 80419; and

(2) Court Services Manager
State Court Administrator's Office
1300 Broadway
Denver, Colorado   80203.

DATED June 30, 2015, at Denver, Colorado.

BY THE COURT:

_____
R. BROOKE JACKSON
United States District Judge