**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson**

Civil Action No. 15-cv-00446-RBJ

BIKRAM MISHRA,

     Applicant,

v.

TRAVIS TRANI, Warden, and
CYNTHIA COFFMAN, the Attorney General of the State of Colorado,

     Respondents.

---

FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and the

Order On Application For Writ Of Habeas Corpus, entered by the Honorable R. Brooke

Jackson, on August 13, 2015, it is

ORDERED that the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. §

2254 (ECF No. 1), filed by Applicant Bikram Mishra on March 3, 2015, is DENIED.  It is

FURTHER ORDERED that this action is DISMISSED WITH PREJUDICE. It is

FURTHER ORDERED that no certificate of appealability shall issue because

Applicant has not made a substantial showing of the denial of a constitutional right. 28

U.S.C. § 2253(c)(2); Fed. R. Governing Section 2254 Cases 11(a); *Slack v. McDaniel*, 529

U.S. 473, 483-85 (2000). It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would

not be taken in good faith *See Coppedge v. United States*, 369 U.S. 438 (1962).

If Applicant files a notice of appeal he must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Dated at Denver, Colorado, this 14th day of August 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

  s/Deborah Hansen
Deborah Hansen, Deputy Clerk